# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-41742
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 1, 2017

Lyle W. Cayce
Clerk

YSIDRO VALENCIA,

                    Plaintiff-Appellant

v.

BRYAN COLLIER; CHARLES M. BELL, Warden; HUNTSVILLE
CLASSIFICATION COMMITTEE; MAJOR BUTCHER; DIRECTOR REVIEW
COMMITTEE; GERALD GULLEDGE, Lieutenant,

                    Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:13-CV-212

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Ysidro Valencia, Texas prisoner # 743105, appeals the district court's dismissal of his lawsuit filed pursuant to 42 U.S.C. 1983, the Americans with Disabilities Act, and the Rehabilitation Act. Valencia has failed to challenge the district court's determination that his complaint was repetitious. Although pro se briefs are afforded liberal construction, *Haines v. Kerner*, 404 U.S. 519,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-41742

520 (1972), even pro se litigants must brief arguments in order to preserve them. *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Failure to identify an error in the district court's analysis is the same as if Valencia had not appealed the judgment. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Valencia therefore is not entitled to relief. *See id.* at 748.

Accordingly, the judgment of the district court is AFFIRMED.